IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KARSTEN LYDELL WATKINS,           )
                                  )
            Petitioner,            )
                                  )     1:19-cv-1024
     v.                           )     1:18-cr-379-1
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

## ORDER

On January 20, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 43, 44.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 43), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, (Doc. 24), is **DENIED,** and that this action is hereby, **DISMISSED.** The court further finds there is no substantial showing of the denial of a constitutional right

affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment is entered contemporaneously herewith.

This the 31st day of March, 2023.

                                /s/ William L. Osteen, Jr.
                                United States District Judge